**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    VS                                        CASE NO. 4:05cr29-WCS

DERRICK JACKSON,

## REFERRAL AND ORDER

The motion/pleading was filed by defendant on 07/21/2005 (document #12), and referred to Magistrate Judge William C. Sherrill on 07/21/2005.

Summary of motion/pleading: STIPULATED MOTION TO CONTINUE TRIAL

WILLIAM M. MCCOOL, CLERK OF COURT

_s/ Pam Lourcey_
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 21st day of July, 2005, the requested relief is **GRANTED.**  The trial previously scheduled for the week of July 25, 2005, is continued to Tuesday, August 23, 2005, beginning at 9:00 A.M.

_S/ William C. Sherrill_
UNITED STATES MAGISTRATE JUDGE