IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                                 Case No. 4:05cr29-WCS

**DERRICK JACKSON,**

    Defendant.
_____/

## VERDICT

After full consideration of all of the evidence, it is the verdict of the court that Defendant, Derrick Jackson, is **GUILTY** of the offense charged in the information, violation of 18 U.S.C. §§ 1791(a)(1), (b)(5), and (d)(1)(F).

**DONE AND ORDERED** on August 25, 2005.

                        s/   William C. Sherrill, Jr.
                        **WILLIAM C. SHERRILL, JR.**
                        **UNITED STATES MAGISTRATE JUDGE**